E-filing

Clear Form

FILED

08 JUL 17 PM 3: 19

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRIK NYLUND )
) CV 08    3461
 ) CASE NO. _____
Plaintiff, )
)
vs. ) **APPLICATION TO PROCEED**
) **IN FORMA PAUPERIS**
JUSTINA ABUEG, INDIVIDUAL CAPACITY; ) (Non-prisoner cases only)     SI
PETER ALLEN, INDIVIDUAL CAPACITY; )
ANGEL BAYANGOS, INDIVIDUAL )
Defendant. )
)

I, Patrik Nylund _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $2,463.50 _____          Net: $1,947.48 _____

Employer: Kelly Services, 55 2nd Street, Suite 1925, San Francisco, CA 94105
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.     Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.    Business, Profession or                  Yes ✓  No ___

8            self employment?

9      b.    Income from stocks, bonds,                Yes ___  No ✓

10           or royalties?

11     c.    Rent payments?                            Yes ___  No ✓

12     d.    Pensions, annuities, or                   Yes ___  No ✓

13           life insurance payments?

14     e.    Federal or State welfare payments,        Yes ___  No ✓

15           Social Security or other govern-

16           ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  Freelance work, total of $200 (gross)

20  _____

21  3.     Are you married?                            Yes ___  No ✓

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____  Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ _____

27        b.    List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support. (NOTE: For minor

1       children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  n/a
3
4  5.    Do you own or are you buying a home?         Yes ___ No ✓
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.    Do you own an automobile?                    Yes ✓ No ___
7  Make Toyota (Scion)    Year 2004    Model Scion Xa
8  Is it financed? Yes ✓ No ___ If so, Total due: $ 3,477.79
9  Monthly Payment: $ 181.64
10 7.    Do you have a bank account?  Yes ✓ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: Citibank
12
13 Present balance(s): $ 3,718.19 (checking) $40.68 (savings)
14 Do you own any cash? Yes ✓ No ___ Amount: $ 45
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                    Yes ___ No ✓
17
18 8.    What are your monthly expenses?
19 Rent: $ 1,125                          Utilities: $40 - $80 (varies month to month)
20 Food: $ 250                            Clothing: _____
21 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Citi Upromise (Visa) | $ 262 | $ 17,500 |
| AMEX | $ 189.00 | $ 9,445.42 |
| Chase Mastercard | $ 245 | $ 12,250 |

26 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable.  Do not include account numbers.)
28 Student loan, $133.30, plus I pay own health care insurance, $325/month (Kaiser)

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  I'm not sure how to answer 10 in terms of the circumstances of my case. If the answer is yes, the case number is
7  VSC077009 and it was filed in Superior Court of CA, County of Solano.
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  07-17-2008
12      DATE                                SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28