1  Patrik Nylund
2  2250 14th Avenue
   San Francisco, CA 94116
3  415-902-7068 (MOBILE)
4  360-242-1413 (FAX, incoming only)
   patrik@pnylund.com
5
6  Appearing Pro Se
7  Plaintiff
8

FILED

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11
12
13  PATRIK NYLUND, Plaintiff   )
                               )    Civil Action No.: CV-08-3461   SI
14  v.                         )
                               )    **MOTION TO E-FILE**
15                             )
16  ABUEG et al, Defendants    )
                               )
17
18  Pro Se plaintiff respectfully requests permission to e-file.
19
20
21  Date: July 21, 2008
22  Signature: [signature]
23