IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIK NYLUND,<br><br>      Plaintiff,<br>  v.<br><br>JUSTINA ABUEG, et al.,<br><br>      Defendants.<br>_____/ | No. C 08-3461 SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW ELECTRONIC FILING** |

IT IS HEREBY ORDERED that plaintiff's request to refer this case to the e.filing program is granted. This case is now subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically.

Instructions and forms for registering as an ECF User as required by Section IV (A) of General Order 45, as well as other information regarding the Court's ECF program including General Order 45 itself, may be found on the Court's Web site at ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: August 8, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PATRIK NYLUND,

        Plaintiff,

v.

JUSTINA ABUEG et al,

        Defendant.

_____/

Case Number: CV08-03461 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrik Nylund
2250 14th Avenue
San Francisco, CA 94116

Dated: August 11, 2008

        Richard W. Wieking, Clerk
        By: Tracy Sutton, Deputy Clerk