IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRIK NYLUND,

        Plaintiff,

  v.

JUSTINA ABUEG, et al.,

        Defendants.
                                                               /

No. C 08-3461 SI

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

By order dated August 1, 2008, plaintiff's application to proceed *in forma pauperis* was denied and plaintiff was ordered to pay his filing fee on or before August 11, 2008. Plaintiff was informed that it he did not pay the filing fee by that time, his action would be dismissed without prejudice.

Plaintiff has not paid the filing fee, nor did plaintiff attend the regularly scheduled case management conference on October 31, 2008.

Accordingly, this action is DISMISSED without prejudice to refiling with the appropriate filing fee.

**IT IS SO ORDERED.**

Dated: November 4, 2008

                                                   SUSAN ILLSTON
                                                   United States District Judge