1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 PATRIK NYLUND,                      No. C 08-3461 SI

9            Plaintiff,            **JUDGMENT**

10    v.

11 JUSTINA ABUEG, et al.,

12           Defendants.
_____/

13

14       This action is dismissed without prejudice to refiling with the appropriate filing fee.  Judgment

15 is entered accordingly.

16

17      **IT IS SO ORDERED.**

18

19 Dated: November 4, 2008                 _____
                                     SUSAN ILLSTON
                                     United States District Judge

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California